FILE COPY

DATE: 7/10/2015

RE: Case No. 15-0339
    COA #: 12-14-00256-CV    TC#: 2014-933-CCL2

STYLE: TROY W. SIMMONS, D.D.S., P.C. AND TROY W.
SIMMONS, D.D.S.
    v. TEXAS HEALTH AND HUMAN SERVICES COMMISSION

Today the Supreme Court of Texas denied the
petition for review in the above-referenced case.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 13 2015

TYLER TEXAS
CATHY S. LUSK, CLERK